

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2021

No. 04-20-00228-CR

Jorge **RODRIGUEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000030D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

On November 30, 2020, we ordered appellant to file his brief by December 30, 2020. Neither the brief nor a motion for extension of time has been filed. We therefore **ORDER** appellant to file his brief or motion for extension of time to file his brief **by January 25, 2021**. If neither the brief nor an extension of time is filed by that date, we will order the appeal abated and remanded to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court